Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOPSTOP, INC., et al.,<br><br>    Defendants. | No.  1:10-cv-01897-OWW-SKO<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff filed his Complaint on October 12, 2010;

**WHEREAS**, Plaintiff and Defendants are engaged in settlement negotiations exploring the possibility of settlement;

**WHEREAS**, the Initial Scheduling Conference is currently set for March 17, 2011 which will not provide the parties enough time to explore and/or complete a resolution through settlement;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Initial Scheduling Conference in this matter be continued to a date after April 7, 2011 in order to allow the parties time to explore settlement.

/

/

*Delgado v. Hopstop, Inc.*
Stipulation and Order to Continue Initial Scheduling Conference
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

Date: March 9, 2011                                         MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff

                                         LAW OFFICES OF THOMAS E. FRANCIS, P.C.


                                         /s/ Thomas E. Francis
                                         Thomas E. Francis
                                         Attorney for Defendants

## ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for March 17, 2011 be continued to April 14, 2011 at 8:15a.m. in Courtroom 3 before the Honorable Oliver W. Wanger. The joint scheduling report is to be filed by the parties within seven (7) days of the initial scheduling conference.

**IT IS SO ORDERED**.


Dated: March 9, 2011                        /s/ OLIVER W. WANGER
                                             UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com