Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOPSTOP, INC., et al.,<br><br>　　　　Defendants. | No. 1:10-CV-01897-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendants Hopstop, Inc., and Henry J. Imwalle Jr. and Martha R. Imwalle, Trustees of the Imwalle 1997 Trust, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 7, 2011　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　/s/ Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Daniel Delgado

///

*Delgado v. Hopstop, Inc., et al.*
Stipulation for Dismissal; Order

Date: June 7, 2011                              LAW OFFICES OF THOMAS E.
                                                FRANCIS, P.C.


                                                 /s/ Thomas E. Francis
                                                Thomas E. Francis, Attorney for Defendants
                                                Hopstop, Inc. and Henry J. Imwalle Jr. and
                                                Martha R. Imwalle, Trustees of the Imwalle
                                                1997 Trust


**ORDER**

    The parties having so stipulated,

    **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.


Dated:   **June 7, 2011**                              **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

*Delgado v. Hopstop, Inc., et al.*
Stipulation for Dismissal; Order

Page 2